# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

KIARA A. SMITH                                                                                    PLAINTIFF
ADC #107225

V.                                    NO: 5:07CV00103 SWW/HDY

RAY HOBBS *et al.*                                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff is allowed to proceed solely on his claims of retaliation against Defendants Grant Harris, Ray Hobbs, Tammy Luckett, Keniquetnx Strain, Ravonna Walker, Thomas Rowland, Kim Luckett, Abesie Kelly, Willie Hampton, D. Hampton, Sandra Stratton, and Brooks Parks.

2. Plaintiff's claims against Defendants Webb, Johnson, and Jimmy Via, are DISMISSED WITH PREJUDICE, and Webb, Johnson, and Via, are removed as party Defendants.

3. All other claims raised in Plaintiff's complaint are DISMISSED WITH PREJUDICE.

DATED this 31st day of May, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE